UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 07-51-GFVT |
| v. | ) ) | |
| N.F.C. MINING, INC., ET AL., | ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously with this judgment, and pursuant to Federal Rules of Civil Procedure 56 and 58, the Court hereby **ORDERS AND ADJUDGES** that:

1. Partial Judgment is hereby entered in favor of the Plaintiffs, Certain Underwriters at Lloyd's of London;

2. Partial judgment is hereby entered in favor of Defendants, N.F.C. Mining, Inc., Clark D. Pergram and Jesse Rudd; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 27th day of January, 2010.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge